# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| TALOA CHANDLER ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 2:21-cv-02039 |
| ) | |
| KROGER LIMITED PARTNERSHIP I, ) | |
| and THE KROGER CO. ) | |
| ) | **JURY DEMANDED** |
| Defendants. ) | |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1446, Defendants, Kroger Limited Partnership and The Kroger Company (hereinafter "Kroger" or "Defendants") hereby file this Notice of Removal removing this case from the Circuit Court of Shelby County, Tennessee, Case No. CT-5273-20, where it is currently pending, to the United States District Court for the Western District of Tennessee. This cause is removable pursuant to 28 U.S.C. § 1332, in that Plaintiff's claims invoke the Court's diversity jurisdiction and the amount in controversy exceeds the statutorily required $75,000.00. In support of removal, Kroger respectfully submits as follows:

### INTRODUCTION

1. Defendant, The Kroger Company is a for-profit corporation with its principal place of business located at 1014 Vine Street, Cincinnati, Ohio 45202. The Kroger Company does not own the property at issue and is not the appropriately named defendant. Kroger Limited Partnership I is a limited partnership with its principal place of business located at 1014 Vine Street, Cincinnati, Ohio 45202. Kroger Limited Partnership I maintains the property at issue and is the appropriate named defendant.

2. Plaintiff, Taloa Chandler, is a citizen and resident of Shelby County, Tennessee.

3. Plaintiff's complaint seeks damages in excess of Seventy-Five Thousand Dollars ($75,000).

4. The United States District Court for the Western District of Tennessee is the federal judicial district embracing the Circuit Court of Shelby County, Tennessee, where this suit was originally filed. Venue is therefore proper under 28 U.S.C. §§ 81(b)(1) and 1441(a).

5. Pursuant to 28 U.S.C. § 1332, this civil action is removable as it invokes the federal court's diversity jurisdiction. This Court therefore has subject matter jurisdiction over this civil action, and removal is proper.

## PROCEDURAL HISTORY

6. Taloa Chandler ("Plaintiff") instituted this civil action in the Circuit Court of Shelby County, Tennessee, on December 18, 2020, arising out of injuries allegedly sustained in Shelby County, Tennessee, on or about December 22, 2019. A true and correct copy of all process and pleadings as served upon Kroger is attached hereto as Exhibit "A" and is incorporated herein by reference.

7. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal will be filed with the Shelby County Circuit Court, and written notice will be provided to Plaintiff along with a copy of this pleading.

## REMOVAL IS TIMELY FILED UNDER 28 U.S.C. § 1446(b)

8. "The notice of removal of a civil action or proceeding shall be filed within thirty days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based, or within thirty days after the service of summons upon the defendant if such initial pleading has

then been filed in court and is not required to be served on the defendant, whichever period is shorter." 28 U.S.C. § 1446.

9. Kroger was served with the summons in this action via certified mail on December 29, 2020. As such, pursuant to 28 U.S.C. § 1446(b), this notice of removal is timely filed since it is filed on or before January 28, 2021.

## NON-WAIVER OF DEFENSES

10. By removing this action from Shelby County Circuit Court, Kroger does not waive any defenses available to them.

11. By removing this action from Shelby County Circuit Court, Kroger does not admit any of the allegations in Plaintiff's complaint.

**WHEREFORE, PREMISES CONSIDERED,** Kroger, by and through its counsel, desiring to remove this civil action to the United States District Court for the Western District of Tennessee, being the district and division for the county in which such civil action is pending, pray that the filing of this Notice of Removal, the giving of written notice thereof to Plaintiff, and the filing of a copy of this Notice of Removal with the clerk of the Circuit Court of Shelby County, Tennessee, shall effect the removal of said civil action to this Honorable Court. Kroger demands a jury to try the issues.

Respectfully submitted this 15th day of January, 2021.

**LEWIS, THOMASON, KING, KRIEG & WALDROP, P.C.**

By: s/Christopher L. Vescovo
CHRISTOPHER L. VESCOVO (14516)
LAURA L. DEAKINS (30131)
*Attorneys for Defendants, Kroger Limited Partnership I and The Kroger Company*
40 South Main Street, Suite 2900
Memphis, TN 38103
(901) 525-8721
cvescovo@lewisthomason.com
ldeakins@lewisthomason.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of January, 2021, a copy of the foregoing pleading has been delivered to all parties at interest in this cause via electronic mail, ECF, and/or by placing a copy of same in the United States mail, postage prepaid, in a properly addressed envelope, or by delivering same to each party or party's attorney as follows:

Ethan D. Sandifer (TN 35310)
5978 Knight Arnold Road, Suite 400
Memphis, TN 38115
Phone: (901) 529-1111
Fax: (901) 529-1017
*Attorney for Plaintiff*

s/Christopher L. Vescovo

10094926